|  |  |
|---|---|
| ZEPUOUR PARSANIAN,<br><br>              Plaintiff,<br><br>     v.<br><br>LOUIS DEJOY,<br><br>              Defendant. | Case No. 2:23-cv-03670-FLA (MRWx)<br>Case No. 2:20-cv-08937-FLA (MWRx)<br><br>**ORDER TO SHOW CAUSE WHY ACTIONS SHOULD NOT BE CONSOLIDATED** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## RULING

On September 25, 2020, Plaintiff Zepuor Parsanian ("Plaintiff") filed an action against Defendant Louis DeJoy ("Defendant"), asserting, inter alia, claims for unlawful employment discrimination on the basis of national origin and retaliation under Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e *et seq.* Case No. 2:20-cv-08937-FLA (MRWx) ("Case 20-8937"), Dkt. 1.

On May 10, 2023, Plaintiff filed another action against Defendant, and DOES 1-50, similarly asserting unlawful employment discrimination on the basis of national origin and retaliation in violation of Title VII. Case No. 2:23-cv-03670-FLA (MRWx) ("Case 23-3670"), Dkt. 1.

On September 19, 2023, Case 23-3670 was related to Case 20-8937 and

transferred to this court. *Id.*, Dkt. 15.  Both parties are the same and Plaintiff's allegations in both complaints are brought under Title VII of the Civil Rights Act, and arise from the same or closely related transactions.  *Compare* Case 20-8937, Dkt. 1 *with* Case 23-3670, Dkt. 1.

Accordingly, the court ORDERS the parties to show cause in writing, by November 15, 2023, why the actions should not be consolidated, with Case 20-8937 designated the lead case.  Failure to timely respond will be deemed consent to the consolidation.

IT IS SO ORDERED.

Dated: November 1, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge